DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALVIN STEWART ORRICO,**
Appellant,

v.

**SAMANTHA LYNN CLOEN,**
Appellee.

No. 4D22-3224

[March 30, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. 22DR007597.

Harley Herman, Plant City, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***